# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GILBERT CAMARGO,**

    **Plaintiff,**

**v.**                                         **Case No:   6:16-cv-1348-Orl-31TBS**

**KBS FLOORING LLC,**

    **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Final Judgment and for Attorneys' Fees and Costs (Doc. 10), filed September 16, 2016.

On September 27, 2016, the United States Magistrate Judge issued a report (Doc. 11) recommending that the motion be granted.   No objections have been filed.   Therefore, it is **ORDERED** as follows:

    1.   The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.   The Motion for Default Judgment is **GRANTED.**   The Clerk is directed to enter final default judgment in favor of Plaintiff and against Defendant in the amount of $3,720.00 ($1,860.00 in actual damages and an additional $1,860.00 in liquidated damages), plus $3,000.00 in attorneys' fees, and $400.00 for costs.

3. After entry of judgment, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 20, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party